UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA BIH AUTHUR EYAMA,, <br><br> Plaintiff, <br> v. <br><br> DAVID L. NEAL, ACTING CHAIRMAN, BOARD OF IMMIGRATION APPEALS; JUAN P. OSUNA, ACTING DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JOHN MORTON, ASSISTANT SECRETARY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, <br><br> Defendants. | Case No.: 11-CV-00953-LHK <br><br> ORDER GRANTING TEMPORARY STAY AND SETTING BRIEFING SCHEDULE |

Plaintiff filed an emergency motion to stay removal on March 3, 2011. Plaintiff is apparently set to report for deportation on March 4, 2011. The Court hereby temporarily STAYS Plaintiff's removal until a hearing may be heard on Plaintiff's request for mandamus relief.

Plaintiff's motion shall be heard on March 17, 2011, at 1:30 p.m. Plaintiff must serve on Defendants a copy of this Order, the Complaint, and all other documents filed in this action no later than Friday, March 4, 2011, and file proof of service with the court. Defendants shall file any opposition to Plaintiff's motion by Thursday, March 10, 2011. Plaintiff may file a reply by Monday, March 14, 2011.

**IT IS SO ORDERED.**

Dated: March 3, 2011

_____
LUCY H. KOH
United States District Judge